IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,         )<br>)<br>Plaintiff,         )<br>)<br>vs.         )<br>)<br>GILBERTO CORTEZ-VILLANUEVA,         )<br>)<br>Defendant.         ) | 8:06CR37<br><br>**SCHEDULING ORDER** |

    IT IS ORDERED that the following is set for hearing on **April 11, 2006** at **1:30 p.m.** before Magistrate Judge F.A. Gossett, Courtroom No. 6, Second Floor, Roman L. Hruska U.S. Courthouse, 111 So. 18th Plaza, Omaha, Nebraska:

    - Motion to Substitute Counsel [11]

    Since this is a criminal case, the defendant must be present, unless excused by the Court. An interpreter will be provided by the Court.

    DATED this 28th day of March, 2006.

                                     BY THE COURT:

                                     s/ F.A. Gossett<br>                                     United States Magistrate Judge